JEFFREY AND SHARON BOSS v. ROCKLAND
ELECTRIC COMPANY.

June 13, 1985.

Petition for certification denied.

PAUL A. EDGERTON v. ELIZABETH EDGERTON.

June 13, 1985.

Petition for certification denied.

KAPLAN & SONS CONSTRUCTION CORPORATION v.
BOROUGH OF SAYREVILLE.

June 13, 1985.

Direct certification granted.

STATE OF NEW JERSEY v. WILLIAM GRUNOW.

June 25, 1985.

Petition for certification granted.  (See 199 *N.J.Super.* 241)